Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_____ Division

| | |
|---|---|
| Jerome Gray | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes   ☐ No |
| -v- | |
| Hillsborough County Florida | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jerome Gray |
   | Address | 6421 N Florida Ave, Ste D 1104 |
   | | Tampa, Fl 33604 |
   | County | Hillsborough County |
   | Telephone Number | 6562109927 |
   | E-Mail Address | igotlawsuits@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Hillsborough County Florida |
   | Job or Title *(if known)* | |
   | Address | 419 N Pierce St |
   | | Tampa, FL 33602 |
   | County | Hillsborough County Florida |
   | Telephone Number | 8132725400 |
   | E-Mail Address *(if known)* | mailprocessingstaff@sao13th.com |

   [x] Individual capacity   [ ] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Address | |
   | County | |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   [x] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

  *City*   *State*   *Zip Code*

- County
- Telephone Number
- E-Mail Address *(if known)*

  ☒ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

  *City*   *State*   *Zip Code*

- County
- Telephone Number
- E-Mail Address *(if known)*

  ☒ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I feel that I have been targeted as an individual and blackballed by local government agencies and businesses that have caused me to be almost controlled by anyone, which has left me in a state of constant worry, Intimidation, and stress, caused by weekend finances and legal rights from wrongful convictions from public officials and defamation from business owners who have taken liberties such as the right to due business and participate in some community activities which have left me feeling isolated and depraved of life enjoyment. Misuse of mass surveillance and antitrust violations which have caused negative reputation status in modern society

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Not Applicable

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

There has been public officials such as law enforcement who I feel have surveilled me and stalked me and made me feel as if I was a public target and give me a constant fear of not being able to be free within my own community because of some of the defamation that had been handed down by other public officials like county judges and business owners.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I have been a resident of Hillsborough County, Florida since October of 2020. I have been facing multiple attempts to assinate my character and to take civil rights from me by means of wrongful convictions, and also false reports and other harassments that would isolate and keep me intimidated. Gangstalking methods by community members has been a daily occurrence.

B. What date and approximate time did the events giving rise to your claim(s) occur?

From April 2020, to the dmtime of this filing which is June 2023 and still ongoing

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was attacked physically and mentally by multiple members of Hillsborough County. I have also attempted to participate in county funded programs which I have been blackballed or had sabotaged so that I couldn't pay bills or I couldn't receive assistance for necessities. I have had alleged wrongful convictions by multiple judges of Hillsborough County, Florida. Negligence from attorneys who may be in cahoots with members of the county governance in some public corruption system that has targeted me and threatened my life and future finances with deprivation of education and career opportunities. I have been blackballed by Hillsborough Community College, and by Career source Florida of Tampa Bay. I have also been outcasted and targeted by unknown community members who I am alleging have used methods of stalking with electronic devices and other types of surveillance which has invaded my privacy and made me feel even more depraved from security and mental wellbeing. I have also been trespassed from many locations where I had not done anything wrong and feel as if this was an effort to steal my mobility and possibly intimidate me to the point where I would leave town. Also possible ties to other figures who may have an interest in some of my real estate and business, which may be apart of a conspiracy to destroy future business venturing with antitrust violations.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been in multiple accidents and situations that have caused constant paranoia, mental distress, and anxiety. As well as permanent injuries to my neck and my back that have caused loss of wages, career, and a lack of enjoyment of life. I may not be abke to fully function again and am in constant pain from certain accidents and negligence that has been displayed by some officers of the Hillsborough County law and other members who may be in collision with some of the conspirators looking to blackball and instill fear through the injury causing Intimidation methods. Insomnia, has also been apart of my life since the beginning of being publicly targeted and humiliated by Hillsborough County members.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am looking for an amount of $30,000,000 that will be to satisfy future wages that may be lost due to injuries and time that has been consumed in looking for justice, education that has been restricted by members of educational institutions that may have given me different opportunities to grow my career or business potential. Also I am looking for compensation for certain violations of my civil rights that has left me publicly humiliated, shamed, and a reputation that has met damages. I have faced taunts and mental abuse due to the defamation that County member's negligence has caused that may not be repairable. I have also lost relationships with friends and family. I have lost a lack of life enjoyment due to financial strain causing the lack of coverages for simple necessities such as car insurance, clothing, hygiene, and other life perks. I have also faced threats due to the wrongful verdicts that stem from domestic violence convictions. Potential future running for political positions may be damaged due to the public corruption faced I'm Hillsborough County as well which is one of my biggest mental burdens that will forever last in my mind. I have also had some property damaged and stolen with members of society who have not shown proper business practices and law enforcement who have not thoroughly attend to the situations with full diligence. I have also been placed in life threatening situations due to the damages from the defamation and deprivation of rights that has been taken by a systematic scheme to destroy my mental health and public figure status. I am feeling as if at every opportunity, local figures have intentionally made attempts or neglected to perform necessary duties that have left me isolated or abandoned and vulnerable to certain threats and physical and mental attacks on my life and business. I would also like for some financial situations such as credit and real estate records to be restored in efforts to pardon my hardships caused by members of Hillsborough County and for certain guilty verdicts to be overturned as well.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/13/2023

Signature of Plaintiff

Printed Name of Plaintiff: Jerome Gray

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City    State    Zip Code*

Telephone Number

E-mail Address