# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JEROME GRAY,**

    **Plaintiff,**

**v.**                                                    Case No: 8:23-cv-1329-MSS-AEP

**HILLSBOROUGH COUNTY, FLORIDA,**

    **Defendant.**

---

## ORDER

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals that *pro se* Plaintiff, Jerome Gray, has not been diligent in prosecuting this matter. Plaintiff filed a Complaint on June 13, 2023, asserting that his constitutional rights were violated. (Dkt. 1) Plaintiff also filed a Motion to Proceed *in Forma Pauperis* (hereinafter, the "IFP Motion"). (Dkt. 2) On July 24, 2023, United States Magistrate Judge Anthony E. Porcelli issued an Order denying the IFP Motion and directing that Mr. Gray file an amended complaint and updated IFP Motion by August 21, 2023. (Dkt. 4)

Plaintiff has failed to comply with the requirements of this Court's Order, and Plaintiff has not moved for an extension of time to do so. As a result, Plaintiff has not filed an amended complaint in this matter, and there has been no activity in this case since September 13, 2023. Accordingly, this case is **DISMISSED WITHOUT**

**PREJUDICE** for failure to comply with the Court's Order. (Dkt. 4) The Clerk is directed to terminate any pending motions and close this case.

**DONE and ORDERED** at Tampa, Florida this 29th day of March 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE***

Copies furnished to:
Counsel of Record
Any Unrepresented Party

---

* Signed by Judge Tom Barber to expedite the resolution of this motion. This case remains assigned to Judge Mary S. Scriven.